# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| KRISTIE KILBURN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. _____ |
| MOUNTAINBROOK, LLC, et al., | ) ) ) |
| Defendants. | ) |

## JOINDER AND CONSENT TO NOTICE OF REMOVAL OF ACTION

Pursuant to Sections 1441 and 1446 of Title 28 of the United States Code, Defendant Merion Realty Management, LLC hereby joins in and consents to the notice of removal of this action from the Circuit Court for Jefferson County, Alabama to the United States District Court for the Northern District of Alabama filed by Defendant Equifax Inc. without waiving its rights to assert any personal jurisdictional claims or other motions including Rule 12 motions and/or any other motions under the Federal Rules of Civil Procedure.

Merion Realty Management LLC first received a copy of the Complaint on May 24, 2012.

Respectfully submitted this 20th day of June, 2012.

*/s/ Greer B. Mallette*

Greer B. Mallette, Esq.
Attorney for Merion Realty Management, LLC.

OF COUNSEL:
CHRISTIAN & SMALL LLP
505 20th Street No., Suite 1800
Birmingham, AL  35203
Phone:  205-250-6605
Fax:  205-328-7234
Email:  gbmallette@csattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KRISTIE KILBURN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOUNTAINBROOK, LLC, MERION REALTY MANAGEMENT, LLC, ASSOCIATED CREDIT AND COLLECTION BUREAU, INC., EQUIFAX, INC., EXPERIAN INFORMATION SERVICES, INC., AND FICTITIOUS DEFENDANTS A-F and K-V,<br><br>　　　　Defendants. | Case No. _____ |

## CONSENT TO REMOVAL

Without waiving any other defenses, Defendant Experian Information Solutions, Inc., improperly identified in Plaintiff's Complaint as "Experian Information Services, Inc.," acknowledges its consent to removal of this action from the Circuit Court of Jefferson County, Alabama, Birmingham Division, to the United States District Court for the Northern District of Alabama, Southern Division.

　　　　Dated: June 20, 2012

　　　　　　　　　　　　　　　　　　　　*Authorized Representative for Experian*
　　　　　　　　　　　　　　　　　　　　*Information Solutions, Inc.*

　　　　　　　　　　　　　　　　　　　　/s/ L. Jackson Young, Jr.
　　　　　　　　　　　　　　　　　　　　L. Jackson Young, Jr. (ASB-7946-G65J)

OF COUNSEL:

FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
Telephone:   (205) 879-8722
Telecopier:  (205) 879-8831
ljy@ffdlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **KRISTIE KILBURN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. _____ |
| ) | |
| **MOUNTAINBROOK, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINDER AND CONSENT TO NOTICE OF REMOVAL OF ACTION

Pursuant to Sections 1441 and 1446 of Title 28 of the United States Code, Defendant MountainBrook, LLC hereby joins in and consents to the notice of removal of this action from the Circuit Court for Jefferson County, Alabama to the United States District Court for the Northern District of Alabama filed by Defendant Equifax Inc. without waiving its rights to assert any personal jurisdictional claims or other motions including Rule 12 motions and/or any other motions under the Federal Rules of Civil Procedure.

MountainBrook, LLC first received a copy of the Complaint on May 24, 2012.

Respectfully submitted this 20th day of June, 2012.

By: /s/ Laura C. Nettles
James C. Gray III (GRA013)
Laura C. Nettles (NET006)
Attorneys for MountainBrook, LLC

2

OF COUNSEL:
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822
jgray@lgwmlaw.com

2