FILED
2012 Nov-08 PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KRISTIE KILBURN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | **2:12-cv-02233-JEO** |
| **EXPERIAN INFORMATION** ) | |
| **SERVICES, INC., et al.,** ) | |
| ) | |
| **Defendants.** | |

## PLAINTIFF'S MOTION TO DISMISS

COME NOW, Plaintiff Kristie Kilburn and, by and through her undersigned counsel of record, hereby voluntarily moves this Honorable Court to dismiss, with prejudice, defendant Associated Credit and Collection Bureau, Inc pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted this the 8th day of November, 2012.

/s/ Michael Parrish
Michael Parrish
*Attorney for Plaintiff*

OF COUNSEL:

PARRISH & THEUS LLC
2124 10th Avenue, South
Birmingham, AL 35205

{W0332772.1 }

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of November, 2012, a copy of the forgoing document has been electronically filed and served upon counsel for all parties to this proceeding via e-file:

Keasha A Broussard
KING & SPALDING
1180 Peachtree Street
Atlanta, GA 30309
404-215-5725
404-572-5100 (fax)
ABroussard@kslaw.com


Victoria J Franklin-Sisson
JONES WALKER WECHTER POITEVENT CARRERE & DENEGRE LLP
1819 5th Avenue North, Suite. 1100
Birmingham, AL 35203
205-244-5214
205-244-5400 (fax)
vsisson@joneswalker.com



James C Gray, III
LLOYD, GRAY, WHITEHEAD & MONROE, PC
2501 20th Place South, Ste. 300
Birmingham, AL 35223
205-967-8822
205-978-2380 (fax)
jimg@lgwmlaw.com


Greer B Mallette
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696
205-795-6588

205-328-7234 (fax)
gbmallette@csattorneys.com

Laura C Nettles
LLOYD, GRAY, WHITEHEAD & MONROE, PC
2501 20th Place South, Suite 300
Birmingham, AL 35223
205-967-8822
205-967-2830 (fax)
lnettles@lgwmlaw.com

L. Jackson Young, Jr.
FERGUSON, FROST & DODSON, LLP
P.O. Box 430189
Birmingham, Alabama 35243-0189
205-879-8722
205-879-8831 (fax)
ljy@ffdlaw.com

                                                   /s/ Michael Parrish
                                                   OF COUNSEL